# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY BUCK, | Case No. 13-cv-04084 NC |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| v. | |
| KIM BROWER, JAMES ROHDE and DEBBIE GAYNOR, | |
| Defendants. | |

On September 11, 2013, defendants Kim Brower, James Rohde, and Debbie Gaynor filed a motion to dismiss pro se plaintiff Larry Buck's complaint. Dkt. No. 4. Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed. In the alternative, a party who does not oppose the motion must file a statement of nonopposition with the Court within fourteen days. Civ. L.R. 7-3(b). Where, as in this case, the motion was not served through the Court's Electronic Case Filing (ECF) system, *see* Dkt. No. 4-3, these deadlines are extended by 3 days. Civ. L.R. 7-3(a). Accordingly, Buck's response to defendants' motion was due by September 30, 2013. Buck has not filed a response. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Accordingly,

Case No. 13-cv-04084 NC
ORDER TO SHOW CAUSE

Buck has until October 11, 2013, to oppose defendants' motion to dismiss (or file a statement of nonopposition) and to show cause why this action should not be dismissed. Buck's failure to respond will result in dismissal of this case with prejudice.

Buck must also consent or decline the jurisdiction of a magistrate judge by October 11, 2013. See attached consent/declination forms.

IT IS SO ORDERED.

Date: October 1, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge