**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LARRY BUCK, | Case No. 13-cv-04084 NC |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| v. | |
| KIM BROWER, JAMES ROHDE and DEBBIE GAYNOR, | |
| Defendants. | |

On September 11, 2013, defendants Kim Brower, James Rohde, and Debbie Gaynor filed a motion to dismiss pro se plaintiff Larry Buck's complaint. Dkt. No. 4. Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed. In the alternative, a party who does not oppose the motion must file a statement of nonopposition with the Court within fourteen days. Civ. L.R. 7-3(b). Where, as in this case, the motion was not served through the Court's Electronic Case Filing (ECF) system, *see* Dkt. No. 4-3, these deadlines are extended by 3 days. Civ. L.R. 7-3(a). Accordingly, Buck's response to defendants' motion was due by September 30, 2013. Buck has not filed a response. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Accordingly,

Case No. 13-cv-04084 NC
ORDER TO SHOW CAUSE

1  Buck has until October 11, 2013, to oppose defendants' motion to dismiss (or file a
2  statement of nonopposition) and to show cause why this action should not be dismissed.
3  Buck's failure to respond will result in dismissal of this case with prejudice.
4      Buck must also consent or decline the jurisdiction of a magistrate judge by October
5  11, 2013.  See attached consent/declination forms.
6      IT IS SO ORDERED.
7      Date: October 1, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge