UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY BUCK,<br><br>    Plaintiff,<br><br>    v.<br><br>KIM BROWER, JAMES ROHDE and DEBBIE GAYNOR,<br><br>    Defendants. | Case No. 13-cv-04084 NC<br><br>**ORDER DISMISSING CASE** |

On September 11, 2013, defendants filed a motion to dismiss pro se plaintiff Larry Buck's complaint. Dkt. No. 4. When Buck failed to respond to defendants' motion by the September 30, 2013 deadline as required by the local rules, the Court issued an order giving Buck until October 11, 2013, to file an opposition or a statement of nonopposition, and to show cause why this action should not be dismissed. Dkt. No. 10. The order explained that Buck's failure to respond will result in dismissal of this case. *Id.* Buck has not responded to the motion to dismiss or the Court's order to show cause. Accordingly, the Court dismisses this case without prejudice. The parties have consented to the jurisdiction of a United States Magistrate Judge under 28 U.S.C. § 636(c). Dkt. Nos. 6, 11.

//

Case No. 13-cv-04084 NC
ORDER DISMISSING CASE

1     The hearing on the motion to dismiss set for October 23, 2013 is vacated.

2     The clerk is ordered to terminate case No. 13-cv-04084 NC.

3     IT IS SO ORDERED.

4     Date: October 18, 2013

                                    Nathanael M. Cousins
5                                    United States Magistrate Judge

Case No. 13-cv-04084 NC
ORDER DISMISSING CASE         2